☑ MOTION HEARING
☐ PRETRIAL CONFERENCE
☐ OTHER

Case No **1:22-cv-200**  **Sherrard et al** v. **City of East Ridge et al**

PRESENT: Honorable **Susan K. Lee**  ☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

**Robin Flores** | | **Mark Litchford/Dan Rader (via phone)**
Attorney(s) for Plaintiff(s) | Attorney(s) for Plaintiff(s) | Attorney(s) for Defendant(s)

**Dan Pilkington; Keith Grant** | **Courtney Camp** | **DCR4**
Attorney(s) for Defendant(s) | Courtroom Deputy | Court Reporter

PROCEEDINGS:
Hearing held re: [30] Expedited Motion for Extension of Time to Complete Discovery. Parties will submit an agreed order no later than 6/9/2023.

TESTIMONY BY: _____

TRIAL SET: _____

Time: **4:02** to **4:44**            Date: **6/7/2023**

I, Courtney Camp, Deputy Clerk, CERTIFY the official record of this hearing is an audio recording. Chat 1-22-cv-200_20230607_152355

REV 7/14