UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ANGEL NICOLE SHERRARD, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | 1:22-CV-200 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| CITY OF EAST RIDGE, *et al.*, ) | Magistrate Judge Susan K. Lee |
| ) | |
| *Defendants.* ) | |

**O R D E R**

Before the Court is Plaintiffs' motion (Doc. 45) to strike their previous motion (Doc. 32) to refer this matter to mediation. Plaintiffs represent that their motion for mediation is not necessary any longer because the parties are likely to participate in mediation soon. (Doc. 45 at 1.) The Court construes Plaintiffs' motion to strike (Doc. 45) as a motion to withdraw the mediation motion and **GRANTS** the motion to withdraw. The Clerk of Court is **INSTRUCTED** to **TERMINATE** Plaintiffs' motion for mediation.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**