# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA

ANGEL NICOLE SHERRARD, *et al.*,      §
                                      §
          *Plaintiffs*,               §          No. 1:22-cv-200-CLC-SKL
                                      §          **JURY DEMAND**
                                      §
~v~                                   §
                                      §
CITY OF EAST RIDGE, *et al.*,         §
                                      §
          *Defendants*.               §

## <u>JOINT STIPULATION STRIKING CLAIMS FROM COMPLAINT</u>

The parties, through counsel, hereby stipulate the following claims identified and enumerated here as set forth in the Complaint (DE 1-2) should be stricken. The parties submit that the discovery thus far completed supports this joint stipulation, and will save the resources of the parties, and of the Court.

In particular, the claims to be stricken from the Complaint are as follows:

1.      **Claims as to Defendant Sgt. David Myrick:**

   a.      <u>Count One:</u> Plaintiff Angel Sherrard's claims of Unreasonable Seizure by Excessive Force. (DE 1-2; PageID #: 26-28).

   b.      <u>Count Five:</u> Plaintiff Angel Sherrard's claims of Deprivation of Right to Free Speech. (DE 1-2; PageID #: 32-33).

   c.      <u>Count Seven:</u> Plaintiff Angel Sherrard's state claims of battery and assault (DE 1-2, PageID #: 34-35).

   d.      <u>Count Eight</u>: Plaintiff Angel Sherrard's state claim of malicious prosecution (DE 1-2, PageID #: 35-36).

~ 1 ~

2. **Claims as to Defendant Anna Simmons:**

   a. <u>Count Five:</u> Plaintiff Angel Sherrard's claims of Deprivation of Right to Free Speech. (DE 1-2; PageID #: 32-33).

Respectfully submitted,


By: /s/ Robin Ruben Flores
      ROBIN RUBEN FLORES
      TENN. BPR #20751
      GA. STATE BAR #200745
           Counsel for Plaintiff
           4110-A Brainerd Road
           Chattanooga, TN  37411
           423 / 267-1575  fax 267-2703
           robin@robinfloreslaw.com


MOORE, RADER, FITZPATRICK and YORK, PC

By: /s/Daniel H. Rader, IV (by permission)
      DANIEL H. RADER, IV
      TENN. BPR #25998
      ANDRE S. GREPPIN
      TENN. BPR #36706
           Counsel for Defendant Myrick
           PO Box 3347
           Cookeville, TN 38502
           (931) 526-3311


WATSON, ROACH, BATSON,
& LAUDERBACK, P.L.C.

By: /s/ Dan R. Pilkington (by permission)
      DAN R. PILKINGTON
      TENN. BPR #24660
      BRIAN R. BIBB
      TENN. BPR #31024
           Counsel for Defendants
           Dyer, Miller, and Simmons
           PO 131
           Knoxville, TN  37901
           865 / 637-1700
           dpilkington@watsonroach.com

ROBINSON, SMITH, & WELLS, PLLC

By: /s/ Keith H. Grant (by permission)
     KEITH H. GRANT
     TENN. BPR #23274
     PHILIP AARON WELLS,
     TENN. BPR #036348
         Counsel for City of East Ridge
         633 Chestnut Street, Suite 700
         Chattanooga, TN 37450
         423 / 756-5051
         kgrant@rswlaw.com


LITCHFORD, PEARCE & ASSOCIATES

By: /s/ Mark Litchford (by permission)
     MARK LITCHFORD
     TENN. BPR #27381
     Counsel for City of East Ridge
         PO Box 8127
         Chattanooga, TN 37414
         423 / 529-5290
         mark@lpafirm.com